1

2

3

4

5    UNITED STATES DISTRICT COURT

6    NORTHERN DISTRICT OF CALIFORNIA

7

8    DIEGO A. LEGASPI,                         No. C 11-4425 SI (pr)

9            Plaintiff,                         **ORDER OF TRANSFER**

10           v.

11   MATTHEW CATE, Director of
     Corrections; TERRI GONZALEZ, Warden of
12   CMC State Prison,

13           Defendants.
                                                        /
14

15       Diego Legaspi filed this civil rights action under 42 U.S.C. § 1983, complaining of events

16   or omissions that occurred at the California Men's Colony in San Luis Obispo County, where

17   he currently is housed.  San Luis Obispo County is within the venue of the Central District of

18   California.  One defendant, the prison warden in San Luis Obispo, apparently resides within the

19   venue of the Central District of California.   The other defendant, the CDCR director in

20   Sacramento, apparently resides within the venue of the Eastern District of California.   No

21   defendant is alleged to reside in, and none of the events or omissions giving rise to the complaint

22   occurred in, the Northern District of California.  Venue therefore would be proper in the Central

23   District or Eastern District and not in this one.  See 28 U.S.C. § 1391(b). The witnesses and

24   evidence likely will be found primarily in the Central District as that is the district in which the

25   events and omissions occurred and the plaintiff is incarcerated.  Accordingly, in the interest of

26   justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States

27   District Court for the Central District of California.

28       The court has not ruled on the pending *in forma pauperis* application.  The application

*United States District Court*
*For the Northern District of California*

1   will be ruled upon by the transferee court.

2          The clerk shall transfer this matter forthwith.

3          IT IS SO ORDERED.

4   Dated: January 9, 2012                    _____
                                              SUSAN ILLSTON
5                                             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2