UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES-GENERAL**

Case No.  **CV 12-262-JFW (PLA)**                            Date **April 30, 2012**

Title:   **Diego Legaspi v. Matthew Cate**

---

PRESENT: THE HONORABLE   **PAUL L. ABRAMS**                                       ☐ U.S. DISTRICT JUDGE

                                                                                                           ☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                    **ATTORNEYS PRESENT FOR DEFENDANTS:**
                NONE                                                                                    NONE

**PROCEEDINGS:**            **(IN CHAMBERS)**

Pursuant to this Court's Order of January 13, 2012, plaintiff was ordered to pay an initial partial filing fee of $5.00. On January 27, 2012, the Court extended plaintiff's time to pay the partial $5.00 filing fee to no later than April 12, 2012. The $5.00 partial filing fee has not been received by the Court. Accordingly, **no later than May 15, 2012, plaintiff is ordered to show cause** why this case should not be dismissed for failure to pay the required fee. Receipt of the partial $5.00 filing fee by the Court on or before **May 15, 2012**, shall be deemed compliance with this Order to Show Cause.

cc:     Diego Legaspi, Pro Se

Initials of Deputy Clerk    ch

CV-90 (10/98)                                                        CIVIL  MINUTES  -  GENERAL