JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIEGO LEGASPI, | No. CV 12-262-JFW (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MATTHEW CATE, et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow Court orders.

DATED:  July 24, 2013

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE